```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 04999
   RICHARD C JOHNSON
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-5707


----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/03/08 .

    2.  The case was dismissed without confirmation, 06/20/2008.

----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                           PAID            PAID
----------------------------------------------------------------------
EZ AUTO                    SECURED VEHIC          .00           .00              .00
THE CHICAGO DEPT OF REVE   SPECIAL CLASS   NOT FILED            .00              .00
COMED                      UNSECURED       NOT FILED            .00              .00
CREDIT MANAGEMENT SERVIC   UNSECURED       NOT FILED            .00              .00
EDUCATIONAL CREDIT MGMT    UNSECURED       NOT FILED            .00              .00
FIRST PREMIER BANK         UNSECURED       NOT FILED            .00              .00
FIRST PREMIER BANK         UNSECURED       NOT FILED            .00              .00
HUNTER WARFIELD            UNSECURED       NOT FILED            .00              .00
NATIONWIDE CREDIT & COLL   UNSECURED       NOT FILED            .00              .00
NICOR GAS                  UNSECURED       NOT FILED            .00              .00
PRAVEEN VOHRA DPM          UNSECURED       NOT FILED            .00              .00
SALLY A WINSLOW            UNSECURED       NOT FILED            .00              .00
          Summary of disbursements:
----------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED     OTHER         TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00         .00          .00           .00
PRINCIPAL PAID           .00         .00         .00          .00           .00
INTEREST PAID            .00         .00         .00          .00           .00
TOTAL PAID               .00         .00         .00          .00           .00
The Debtor's attorney, LEGAL HELPERS PC             , was allowed $         .00
and was paid $        .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 09/10/08                   /S/
                                GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 04999 RICHARD C JOHNSON